UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-31594 |
|---|---|
| MICHAEL A MILLER | (Chapter 13) |
| RACHEL A MILLER | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077782**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 81 | ALLIANCEONE RECEIVABLES MGT IN<br>BOX 2449<br>GIG HARBOR, WA  98335 | 0.41 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/19/2011

Certificate of Service  07-31594

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MICHAEL A MILLER
RACHEL A MILLER
5334 MINGO - LEWISBURG RD
MINGO, OH  43047

JOHN F CANNIZZARO
302 SOUTH MAIN ST
MARYSVILLE, OH  43040

(81.1)
ALLIANCEONE RECEIVABLES MGT IN
BOX 2449
GIG HARBOR, WA  98335

(121.1n)
HOLLY N WOLF
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(122.1n)
JOSEPH G STRINES
1065 WOODMAN DR
DAYTON, OH  45432

(123.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____    sv